■ JAMES LATTNER, Appellant, v VIRGIL HAGER, Respondent.—Motion to vacate ex parte order denied (see *Matter of Willmark Serv. System,* 21 AD2d 478); cross motion granted and appeal dismissed (CPLR 5701, subd [a], par 2; *Press v A.A. Truck Renting Corp.,* 26 AD2d 585).

■ ANNIE DOTSON et al., Appellants, v JOHN GORMAN et al., Respondents.—Motion granted and appeal dismissed; cross motion for permission to appeal denied (see *Bryant v University of Rochester [Strong Mem. Hosp.],* 72 AD2d 965).

■ In the Matter of MORRIS GOLDSMITH, Petitioner, v JOHN S. CONABLE, Respondent.—Application to compel respondent to render decision in habeas corpus proceeding denied as moot.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v STEPHEN R. STRINE, Appellant.—Motion to vacate order staying execution of judgment and fixing bail denied as unnecessary.

■ THE PEOPLE OF THE STATE OF NEW YORK, Plaintiff, v WILLIAM RHODES, Defendant.—Motion for change of venue denied. Memorandum: We conclude that defendant has not on this application met his burden of demonstrating that there is "reasonable cause to believe that a fair and impartial trial cannot be had" in Monroe County (CPL 230.20, subd 2). If it develops during the *voir dire* that a fair and impartial jury cannot be drawn, an appropriate application may then be made. The relief requested in the application before us now is premature. (See *People v Di Piazza,* 24 NY2d 342; *People v Hatch,* 46 AD2d 721; *People v Sekou,* 45 AD2d 982, app dsmd 35 NY2d 844.) Present—Cardamone, J. P., Hancock, Jr., Callahan, Witmer and Moule, JJ. [102 Misc 2d 377.]